# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHELTON WESTON, | ) | NO. CV 10-3506-PSG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: ____December 3, 2010.

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE